IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| KENNETH JOHANSEN, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br>vs.<br><br>BLUE RAVEN SOLAR, LLC and RENOVATION REFERRAL LLC and GABRIEL ALAN SOLOMON,<br><br>Defendants. | Case No. 2:20-cv-02930<br><br>Judge Algenon L. Marbley<br>Magistrate Judge Elizabeth Preston Deavers |

## AFFIDAVIT OF GABRIEL ALAN SOLOMON

Comes now, the affiant, Gabriel Allan Solomon, being duly cautioned and sworn, hereby states the following to be based on his personal knowledge and belief;

1. I am over the age of eighteen years and am competent to testify to the matters stated herein.

2. I have personal knowledge of the matters set forth in this declaration, except as to those matters stated upon information and belief, and I believe those matters to be true.

3. I am Owner/ CEO of Solar Media Team, a Division of Renovation Referral, LLC ("Renovation").

4. I am informed that Plaintiff asserts that on June 11, 2020, process server Mikhael Goldgisser served the Summons and Complaint upon myself, individually, and upon Defendant Renovation through myself as registered agent.

5. Plaintiff claims service was made by serving me at approximately 8:51 p.m. at night at my residence of 4844 N.W. 57th Manor, Coconut Creek, Fl, 33073.

6. That night I was actually loading up my toy hauler to get ready to head out to my son's motorcross race. I was also loading up my RV, as my family and I were preparing to go out of town.

1

7. I was in a rush to get things done so we could get on the road, and because I had to have my RV out of the neighborhood by 10:00 p.m. or else my HOA gives me issues.

8. I recall a man did approach me while I was in the toy hauler and he placed documents on top of items where I was getting things loaded for our trip.

9. Because Renovation is also the subject of a lawsuit in the District of Nevada, (*Naiman v. Blue Raven Solar et al*, Case No. 2:19-cv-01643-JAD-EJY, filed July 8, 2020), I believed it was probably something from that case. I have been communicating with James Moon, Esq., one of the attorneys for Renovation's client, Blue Raven about that matter.

10. I was under the full impression that James Moon's law firm was handling things in the *Naiman* litigation matter; so between my being in a rush to get things done with loading the RV, and because I had my driveway full of items that I was loading, somehow the documents that were left by the Process Server was misplaced in the hurried shuffle.

11. After the fact, and once I received service of documents from Blue Raven's attorneys in this matter, sent to my company's P.O. Box, I took immediate action to respond to the Complaint. A true and correct copy of those documents are attached hereto as Exhibit A.

12. I do not check my Company's P.O. Box on a regular or daily basis.

13. I did not deliberately ignore the Complaint and/or Summons. If I had been previously aware of this additional litigation, I would have proceeded instantaneously to hire my Company's legal counsel and thereby, timely responding to the Complaint.

14. I am requesting Excusable Neglect in this matter, and the opportunity for counsel to defend myself and Renovation against all of the claims in the Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of September 2020, at Coconut Creek, Broward County, Florida

_____
Gabriel Solomon

SIGNED AND WITNESSED BEFORE NOTARY, TO WIT:

STATE OF FLORIDA            )
COUNTY OF BROWARD    )
_____)

### NOTARY ATTESTATION

COMES NOW BEFORE ME, an official authorized and licensed in the State of Florida to be witness, take oaths, and declarations of fact. I have witnessed the signing of the above and of the attached declarations signed before me in my presence, by Gabriel Alan Solomon, known unto me as manager and chief executive officer of Renovation Referral, LLC, and as its Registered Agent.

FLORIDA NOTARY PUBLIC
LICENSE NUMBER: GG 156908
EXPIRES: 01/12/2022

*[Notary seal: Notary Public State of Florida, Leon Solomon, My Commission GG 156908, Expires 01/13/2022]*

3